IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al.,      ) | |
|     Plaintiffs,      ) | |
| v.      ) | CIVIL ACTION NO. |
|          ) | 2:87cv1176-T |
| TOWN OF CHEROKEE,      ) | (WO) |
|     Defendant.      ) | |

OPINION

By order entered on April 2, 2003 (Doc. No. 50), the court granted the plaintiffs' motion for proceedings leading to dismissal of this action, filed February 28, 2003 (Doc. No. 48), to the extent that defendant Town of Cherokee was "to notify the court by no later than May 28, 2004, as to whether its single-member district plan has been precleared."  The court further stated that, "If the plan has been precleared by then, the court will then award counsel for plaintiffs an attorney's fee of $ 500.00, and this case will be dismissed."

On August 22, 2005 (Doc. No. 73), the Town of Cherokee filed with the court a notice from the Voting Section of the Civil Rights Division of the United States Justice Department indicating that the Town of Cherokee has obtained preclearance, as required by § 5 of the Voting Rights Act, as amended, 42 U.S.C.A. § 1973c. Accordingly, the plaintiffs are now entitled to an attorney's fee of $ 500.00 and this case is due to be dismissed.

An appropriate judgment will be entered.

DONE, this the 23rd day of August, 2005.

                                           /s/ Myron H. Thompson
                                       UNITED STATES DISTRICT JUDGE