IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JOHN DILLARD, et al.,        )
                             )
    Plaintiffs,              )
                             )
    v.                       )   CIVIL ACTION NO.
                             )     2:87cv1176-T
TOWN OF CHEROKEE,            )        (WO)
                             )
    Defendant.               )
```

### JUDGMENT

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The plaintiffs shall have and recover from defendant Town of Cherokee the amount of $ 500.00 for attorney's fees.

(2) This lawsuit is dismissed in all other respects.

It is further ORDERED that defendant Town of Cherokee's motion to approve (Doc. no. 73) is denied as moot.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 23rd day of August, 2005.**

**  /s/ Myron H. Thompson  
UNITED STATES DISTRICT JUDGE**